UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
INCLINE CASUALTY COMPANY and
REDPOINT COUNTY MUTUAL
INSURANCE COMPANY,

                Plaintiffs,

v.

THE CORINTHIAN GROUP, OSPREY
RE VESCOR IPC, LLC, VESCOR, LLC,
PROVENTUS HOLDINGS, LP,[1] CHINA
CONSTRUCTION BANK CORP., and
CHINA CONSTRUCTION BANK NEW
YORK BRANCH,

                Defendants.
------------------------------------------------------- x

Case No. 1:24-cv-4392-VM

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTIONS TO DISMISS AND FOR REMAND**

      Plaintiffs Incline Casualty Company and Redpoint County Mutual Insurance Company ("Plaintiffs"), and Defendants China Construction Bank Corporation and China Construction Bank, New York Branch ("Defendants") (collectively, the "Parties"), hereby stipulate and agree as follows:

      WHEREAS, on April 22, 2024, Plaintiffs filed in the Supreme Court of the State of New York, County of New York, Commercial Division, a complaint asserting a breach of contract claim against Defendants (the "Complaint"), captioned *Incline Casualty Company, et al., v. The Corinthian Group, et al.*, Index No. 652075/2024;

---

[1] On June 3, 2024, Plaintiffs and former defendants The Corinthian Group, Osprey Re, Osprey Re Vescor IPC, LLC, Vescor LLC, and Proventus Holdings, L.P. filed a Stipulation of Discontinuance Without Prejudice, leaving China Construction Bank Corporation and China Construction Bank, New York Branch as the only remaining defendants in the case.

WHEREAS, on May 10, 2024, Plaintiffs served the Complaint, along with a summons, on Defendants via counsel;

WHEREAS, on June 7, 2024, Defendants filed with this Court a notice of removal;

WHEREAS, Defendants plan to seek dismissal of the Complaint ("Motion to Dismiss"), and their forthcoming Motion to Dismiss or, if the presiding judge's rules so require, pre-motion letter outlining the grounds for dismissal, currently is due on or before June 14, 2024, with the Plaintiffs' response and Defendants' reply currently keyed-off of that date;

WHEREAS, Plaintiffs plan to file a motion to remand this action to Supreme Court of the State of New York, County of New York, which currently is due on or before July 8, 2024 ("Motion to Remand"; together with the Motion to Dismiss, "Motions"); and

WHEREAS, the Parties have conferred and agreed to extend the time for Defendants and Plaintiffs to file their respective Motions or submit their pre-motion letters and to set a corresponding briefing schedule.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their undersigned counsel, and subject to the Court's approval, that:

1. Defendants shall file their Motion to Dismiss or pre-motion letter, whichever is applicable, and Plaintiffs shall file their Motion to Remand or pre-motion letter, whichever is applicable, by July 29, 2024;

2. Plaintiffs and Defendants shall file their respective responses to the Motions by September 6, 2024; and

3. Defendants and Plaintiffs shall file their respective replies in further support of their respective Motions by September 27, 2024

Dated: June 13, 2024

**STIPULATED AND AGREED:**

| | |
|---|---|
| **ARENTFOX SCHIFF LLP**<br><br>By: *[signature]*<br><br>Elliott M. Kroll<br>Dejan Kezunovic<br>1301 Avenue of the Americas, 42nd Floor<br>New York, New York 90067<br>Telephone: (212) 484-3900<br>Facsimile: (214) 484-3990<br><br>*Attorneys for Plaintiffs Incline Casualty Company and Redpoint County Mutual Insurance Company* | **SULLIVAN & CROMWELL LLP**<br><br>By: *[signature]*<br><br>Justin J. DeCamp<br>Shari D. Leventhal<br>Sheeva L. Nesva<br>Aaron J. Blake<br>125 Broad Street<br>New York, New York 10004-2498<br>Telephone: (212) 558-4000<br>Facsimile: (212) 291-9307<br><br>*Attorneys for Defendant China Construction Bank, New York Branch*<br><br>**DORSEY & WHITNEY LLP**<br><br>By: /s/ Lanier Saperstein<br>Lanier Saperstein<br>Daniel P. Goldberger<br>Joshua R. Kornfield<br>51 West 52nd Street<br>New York, New York 10019<br>Telephone: (212) 415-9385<br><br>*Attorneys for Defendant China Construction Bank Corporation* |

**SO ORDERED:**

_____
Hon. Victor Marrero