```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INCLINE CASUALTY CO. and REDPOINT
COUNTY MUTUAL INSURANCE CO.,

                Plaintiffs,

- against -

CHINA CONSTRUCTION BANK CORP. and CHINA
CONSTRUCTION BANK NEW YORK BRANCH,

                Defendants.

24 Civ. 4392 (VM)

ORDER

---

**VICTOR MARRERO, United States District Judge.**

    The Court is unable to approve the joint stipulation and proposed order filed at Docket No. 13. The parties are hereby directed to (1) file a new stipulation regarding the proposed motion to remand and (2) comply with the Court's Individual Practices with respect to any contemplated motion to dismiss.

**SO ORDERED.**

Dated:    14 June 2024
           New York, New York

                                                Victor Marrero
                                                  U.S.D.J.