USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/18/24

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| INCLINE CASUALTY CO. and REDPOINT COUNTY MUTUAL INSURANCE CO.,<br><br>                    Plaintiffs,<br><br>        - against -<br><br>CHINA CONSTRUCTION BANK CORP. and CHINA CONSTRUCTION BANK, NEW YORK BRANCH,<br><br>                    Defendants. | **24 Civ. 4392 (VM)**<br><br>ORDER |

**VICTOR MARRERO, United States District Judge.**

Upon review of the parties' pre-motion letters (see Dkt. No. 21), the Court advises the parties that it will address any contemplated motion to dismiss after it resolves plaintiffs' forthcoming motion to remand (see Dkt. No. 20).

**SO ORDERED.**

Dated:     18 July 2024
           New York, New York

Victor Marrero
U.S.D.J.