

**ArentFox Schiff LLP**

1301 Avenue of the Americas
42nd Floor
New York, NY  10019

212.484.3900  **MAIN**
212.484.3990  **FAX**

afslaw.com

**Dejan Kezunovic**
Counsel
212.484.3931  **DIRECT**

dejan.kezunovic@afslaw.com

July 29, 2024

<u>Via ECF</u>

The Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   <u>Incline Casualty Co. et al. v. China Construction Bank Corp., et al., 24-cv-04392-VM</u>

Dear Judge Marrero:

  We are writing to advise Your Honor that, following internal discussions, Incline Casualty Company and Redpoint County Mutual Insurance Company's (collectively, "Plaintiffs") have decided not to file a motion to remand this matter to New York State Supreme Court.

  Instead, Plaintiffs plan to file an amended complaint, which will, among other things, assert additional and/or alternative grounds for establishing personal jurisdiction over China Construction Bank Corp. ("CCBC") and China Construction Bank New York Branch's ("CCBNY" and together with CCBC, "CCB" or "Defendants") pursuant to 28 USCA §§ 1330, 1603 and 1605.  We also understand that similar jurisdictional motion practice is also forthcoming in the related CCB matter pending before Your Honor,[1] such that adjudicating these matters before Your Honor would be pragmatic and conserve judicial resources.

  To the extent Your Honor wishes to speak with the parties' counsel prior to Plaintiffs filing their amended complaint and Defendants filing their motion to dismiss, which based on their letters seems imminent, we are available at the Court's convenience.

Respectfully submitted,

ArentFox Schiff LLP

*/s/ Dejan Kezunovic*

Dejan Kezunovic

---

[1] *Homeowners of America Insurance Co. et al. v. China Construction Bank Corp. et al.,* No. 1:24-cv-3591.

**Smart In
Your World®**

AFDOCS:200731370.1

Via ECF and Email
June 24, 2024
Page 2



cc:    Dorsey & Whitney LLP
51 West 52nd Street
New York, New York 10019-6119

Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004-2498

AFDOCS:200731370.1